# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| IN RE: APPEAL OF ALSON ALSTON | : | No. 338 EAL 2023 |
| | : | |
| | : | |
| PETITION OF: ALSON ALSTON | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth |
| | : | Court |

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.